In the Matter of WILLIAM GREENBERG, an attorney at law.

Argued November 7, 1955.

For the order: *Mr. Raymond A. Betsch.*

For the respondent: *Mr. Fredrick J. Waltzinger.*

March 21, 1956. Respondent suspended from the practice of law for a period of one year and until further order. Opinion reported at 21 *N. J.* 213.

In the Matter of CHARLES FRANKEL, an attorney at law.

Argued October 17 and November 21, 1955.

For the order: *Mr. Harold H. Fisher.*

For the respondent: *Mr. John E. Toolan.*

February 13, 1956. Respondent suspended from the practice of law for a period of two years and until further order. Opinions reported at 20 *N. J.* 588.